**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
(602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Crowder;<br><br>         Plaintiff,<br><br>    vs.<br><br>Bravo Cleaning Services, LLC, an Arizona limited liability company; Rafael Bravo and Jane Doe Bravo, husband and wife<br><br>         Defendants | Case No.: 2:15-cv-02277-DMF<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby gives notice that the parties have reached a settlement and anticipate filing the appropriate documentation with the Court within 30 days.

Dated: September 1, 2016          Respectfully submitted,

                                 **PHILLIPS DAYES LAW FIRM PC**

                                 By: /s/ Sean C. Davis
                                     Trey Dayes
                                     Sean C. Davis
                                     Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 1, 2016, I electronically transmitted the attached document to the clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to each of the following registrants:

HADDOCK LAQ GROUP, L.L.C.
Najia M. Haddock No. 010953
4405 E. Chandler Blvd.
#110-155
Phoenix, Arizona 85048
Email: Admin@haddocklawgroup.com
Najia M. Haddock No. 010953
Attorney for Defendants

By: /s/Sean C. Davis
    Sean C. Davis