**PHILLIPS DAYES**
LAW FIRM
*A Professional Corporation*

3101 North Central Avenue, Suite 1500
Phoenix, Arizona 85012
docket@phillipsdayeslaw.com
TREY DAYES, No. 020805
SEAN C. DAVIS, No. 030754
(602) 288-1610 ext. 432
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Brian Crowder;<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Bravo Cleaning Services, LLC, an Arizona limited liability company; Rafael Bravo and Jane Doe Bravo, husband and wife<br><br>　　　　　　　Defendants | Case No.: 2:15-cv-02277-DMF<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

　　　The parties, by and through counsel undersigned, hereby stipulate and agree to dismiss this matter with prejudice with each party to bear their own costs and attorneys' fees.

Dated: October 4, 2016　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**PHILLIPS DAYES LAW FIRM PC**

　　　　　　　　　　　　　　　　By: /s/ Sean C. Davis
　　　　　　　　　　　　　　　　　　　Trey Dayes
　　　　　　　　　　　　　　　　　　　Sean C. Davis
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**HADDOCK LAW GROUP, LLC**

By: /s/ Naija M. Haddock (*with permission*)
Naija M. Haddock
Attorneys for Defendants

### CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrant:

Najia M. Haddock
Haddock Law Group, LLC
4605 E. Chandler Blvd #110-115
Phoenix, AZ 85044
Najia@HaddockLawGroup.com
Attorney for Defendants Bravo Cleaning Services, LLC and Rafael Bravo

By: /s/Sean C. Davis