# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Crowder;<br><br>        Plaintiff,<br><br>vs.<br><br>Bravo Cleaning Services, LLC, an Arizona limited liability company; Rafael Bravo and Jane Doe Bravo, husband and wife<br><br>        Defendants | Case No. CV15-02277-PHX-DMF<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss with Prejudice (Doc. 21) and good cause shown,

**IT IS HEREBY ORDERED granting** the Stipulation to Dismiss with Prejudice (Doc. 21).

**IT IS FURTHER ORDERED** that this lawsuit is **dismissed** with prejudice with each party to bear their own costs and attorneys' fees.

Dated this 4th day of October, 2016.

_____
Honorable Deborah M. Fine
United States Magistrate Judge